IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CLEOTHA R. SPEARMAN, SR.,**

**Plaintiff,**

**v.**

**ROBINSON STEEL CO.,**

**Defendant.**                                                    No. 06-CV-0434-DRH

### ORDER

**HERNDON, District Judge:**

On June 5, 2006, Cleotha Spearman filed a *pro se* complaint against his former employer, Robinson Steel Co. ("Robinson Steel") employment discrimination under Title VII of the Civil Rights Act of 1964, **42 U.S.C. § 2000e** and **2000e-5** (Doc. 1). Specifically, Spearman alleges that Robinson Steel discriminated against him and terminated him because of his race and his religion. Now before the Court is Spearman's motion to proceed *in forma pauperis* (Doc. 2). Because the Court finds that Spearman is indigent, the Court grants the motion.

By granting a motion for pauper status, a court authorizes a lawsuit to proceed without prepayment of fees. For many years, federal district courts granted such motions if the movant was indigent and the complaint was neither frivolous nor malicious. **28 U.S.C. § 1915**. The Prison Litigation Reform Act ("PLRA"), significantly changed the district court's responsibilities in reviewing *pro se*

Page 1 of 3

dockets.Justia.com

complaints and *in forma pauperis* motions.  The Seventh Circuit has clarified that the PLRA "changed § 1915 not only for cases brought by prisoners, but in some respect for all indigent litigants."  **Hutchinson v. Spink, 126 F.3d 895, 899 (7th Cir. 1997)**.  Under the PLRA, the Court must screen any indigent's complaint (those filed by prisoners and non-prisoners alike) and dismiss the complaint if (a) the allegation of poverty is untrue, (b) the action is frivolous or malicious, (c) the action fails to state a claim upon which can be granted, or (d) the action seeks monetary relief against a defendant who is immune from such relief.  **28 U.S.C. § 1915(e)(2)**.

Spearman's motion survives **§ 1915(e)(2)** review.  Spearman furnished an affidavit documenting his poverty.  The action appears to be neither frivolous nor malicious.  At this point, the Court cannot conclude that the complaint fails to state a claim or that the named defendant is immune from suit.

Accordingly, the Court **GRANTS** Spearman's motion to proceed *in forma pauperis* (Doc. 2).  The Court **DIRECTS** the Clerk's Office to prepare and issue a summons for Defendant Robinson Steel Co. and forward the summons to Spearman.  Spearman then shall serve the summons and complaint upon the Defendant.

**IT IS SO ORDERED.**

Signed this 7th day of June, 2006.

/s/        David  RHerndon
United States District Judge