IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CLEOTHA R. SPEARMAN, SR.,**

**Plaintiff,**

v.

**ROBINSON STEEL CO.,**

**Defendant.** No. 06-CV-0434-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's motion for leave to respond to motion for summary judgment (Doc. 48). Basically, Spearman contends that he needs additional time to respond because his counsel thought that the response deadline to the motion for summary judgment was May 11, 2009 instead of the deadline set by Magistrate Judge Fraizier on March 5, 2009 (Doc. 44) - which Spearman's counsel claims that she did not receive. Further, Spearman contends that he needs additional time because his counsel's office has been burglarized and that his counsel is a sole practitioner. Robinson Steel objects to the motion for extension of time (Doc. 50). Despite the credibility issues the Court has with Spearman's counsel's assertion that she did not receive Judge Frazier's Order, the Court finds that it is in the interest of justice to allow Spearman to file a response to the motion and to decide the case on the merits instead of deciding the case on a technicality.

Accordingly, the Court **GRANTS** the motion. The Court **ALLOWS** Spearman up to and including May 11, 2009 to respond to the motion for summary judgment.

**IT IS SO ORDERED.**

Signed this 4th day of May, 2009.

/s/     *David R Herndon*
**Chief Judge
United States District Court**