IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLEOTHA R. SPEARMAN, SR.,

Plaintiff,

v.

ROBINSON STEEL CO.,

Defendant.                                                    No. 06-CV-0434-DRH

## MEMORANDUM and ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Robinson Steel Company's April 6, 2009 motion for summary judgment (Doc. 37). Robinson Steel argues that the Court should grant summary judgment as Spearman was discharged solely because of his poor performance and not because of his race and/or for complaining about discrimination. As of this date, Spearman hs not filed a response to the motion for summary judgment, despite the Court granting him an extension of time to respond to the motion.[1] Pursuant to **Local Rule 7.1(c)**, the Court finds Spearman's failure to respond to the motion as an admission of the merits of the summary judgment

---

[1] On March 5, 2009, Magistrate Judge Frazier entered an Order requiring Spearman's response to the motion for summary judgment to be due "14 days following the date on which defendant's motion is filed, ..." (Doc. 44). On May 4, 2009, the Court granted Spearman's April 30, 2009 motion for leave to respond to motion for summary judgment and allowed Spearman up to and including May 11, 2009 to file a response (Doc. 51).

motion.[2]  Accordingly, the Court **GRANTS** the motion for summary judgment.  The Court enters judgment in favor of Defendant Robinson Steel Company and against Cloetha R. Spearman, Sr.  The Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

    **IT IS SO ORDERED.**

    Signed this 13th day of May, 2009.

/s/ David R Herndon
**Chief Judge**
**United States District Court**

---

[2]**Local Rule 7.1(c)** provides in part:
"Failure to timely file an answering brief to a motion may, in the court's discretion, be considered an admission of the merits of the motion."