# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLEOTHA R. SPEARMAN, SR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 06-434-DRH |
| ROBINSON STEEL CO., | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendant's Motion for Summary Judgment.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated May 13, 2009, summary judgment is entered in favor of defendant **ROBINSON STEEL CO.,** and against plaintiff, **CLEOTHA R. SPEARMAN, SR.,** and this case is dismissed with prejudice------------------------------------------------------------

**JUSTINE FLANAGAN, ACTING CLERK**


BY: _/s/Sandy Pannier_
        Deputy Clerk

Dated: May 13, 2009

APPROVED: /s/ _David R Herndon_
        CHIEF JUDGE
        U. S. DISTRICT COURT